# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-3329

_____

JEFFREY L. HAWKINS,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.


October 3, 2019


PER CURIAM.

As this Court affirmed the lower tribunal's order denying the motion to correct illegal sentence in case number 1D17-3497, no further action by the Duval County Circuit Court is necessary. Therefore, this petition for writ of mandamus is denied.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey L. Hawkins, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.